# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: April 18, 2005

To: United States Court of Appeals    Attn: (✓)    Civil
      For the Ninth Circuit
      Office of the Clerk                ( )    Criminal
      95 Seventh Street
      San Francisco, California 94103     ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CV 04-00182SOM-LEK     Appeal No:    04-17170

Short Title:     Ellis vs. Kessner, et al.

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes ( . ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____     Date: _____

cc: all named counsel

December 30, 2005

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00182-SOM
**Appeal Number:** 04-17170
**Short Title:** Ellis v. Kessner Duca

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** 1 | | 0 Certified Copy(ies) | | |
| **Reporters Transcripts in:** 0 | | 0 Certified Copy(ies) | | |
| **Exhibits in:** 0 Envelopes | | 0 Under Seal | | |
| 0 Boxes | | 0 Under Seal | | |
| 0 Volumes | Volume 0 of record | 0 Under Seal | | |
| **State Lodged Docs in:** 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| 0 Other | | | | |
| **Bulky Documents in:** 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| 0 Other | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.